## CA02db Intake

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Wednesday, June 15, 2022 9:06 AM |
| **To:** | NYSD CourtMail |
| **Subject:** | Activity in Case 1:18-cv-08865-LJL United States Securities and Exchange Commission v. Musk Appeal Record Sent to USCA - Electronic File |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 6/15/2022 at 9:06 AM EDT and filed on 6/15/2022
**Case Name:** United States Securities and Exchange Commission v. Musk
**Case Number:** 1:18-cv-08865-LJL
**Filer:**
**WARNING: CASE CLOSED on 10/16/2018**
**Document Number:** No document attached

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [86] Notice of Appeal filed by Elon Musk were transmitted to the U.S. Court of Appeals. (tp)**

**1:18-cv-08865-LJL Notice has been electronically mailed to:**

William Anthony Burck    williamburck@quinnemanuel.com, william-burck-9397@ecf.pacerpro.com

Jina Lee Choi    choij@sec.gov, austinh@sec.gov, buchholzs@sec.gov, crumptonc@sec.gov, johnstonj@sec.gov, langitg@sec.gov, newellw@sec.gov, peasee@sec.gov, roeselerk@sec.gov, schneidere@sec.gov, smythb@sec.gov, stearnsj@sec.gov

Marshall Alan Camp    ddelgrande@hueston.com, mcamp@hueston.com

Adriene Mixon    mixona@sec.gov

John Charles Hueston    jhueston@hueston.com, docketing@hueston.com, lhiles@hueston.com

Melissa Jane Armstrong    armstrongme@sec.gov

Alison Lynn Plessman    aplessman@hueston.com

Alex Spiro    alexspiro@quinnemanuel.com

Cheryl L. Crumpton    crumptonc@sec.gov

Edward Barrett Atwood    atwoode@sec.gov, RoeselerK@sec.gov, StearnsJ@SEC.GOV, johnstonj@sec.gov

Steven D Buchholz    buchholzs@sec.gov, Peasee@sec.gov, austinh@sec.gov, lamarcas@sec.gov, roeselerk@sec.gov, stearnsj@sec.gov, winklerm@sec.gov, zhoud@sec.gov

**1:18-cv-08865-LJL Notice has been delivered by other means to:**

Moez M. Kaba
Hueston Hennigan LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:18−cv−08865−LJL

| | |
|---|---|
| United States Securities and Exchange Commission v. Musk<br>Assigned to: Judge Lewis J. Liman<br>Related Case: 1:18−cv−08947−LJL<br>Cause: 15:78m(a) Securities Exchange Act | Date Filed: 09/27/2018<br>Date Terminated: 10/16/2018<br>Jury Demand: Plaintiff<br>Nature of Suit: 850 Securities/Commodities<br>Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

| | | |
|---|---|---|
| **United States Securities and Exchange Commission** | represented by | **Cheryl L. Crumpton**<br>Securities and Exchange Commission (DC)<br>100 F Street, N.E.<br>Washington, DC 20549<br>(202)−551−4459<br>Fax: 202−772−9245<br>Email: crumptonc@sec.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Adriene Mixon**<br>United States Securities and Exhange Commission<br>444 South Flower Street<br>Ste 900<br>Los Angeles, CA 90071<br>202−551−4463<br>Email: mixona@sec.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Edward Barrett Atwood**<br>Securities and Exchange Commission ( San Francisco )<br>44 Montgomery Street, 26th Floor<br>San Francisco, CA 94104<br>(415)−705−2467<br>Email: atwoode@sec.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Melissa Jane Armstrong**<br>Securities and Exchange Commission (DC)<br>100 F Street, N.E.<br>Washington, DC 20549<br>202−551−4724<br>Email: armstrongme@sec.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Steven D Buchholz**<br>U.S. Securities and Exchange Commission<br>44 Montgomery Street<br>Suite 2800<br>San Francisco, CA 94104<br>415−705−2500<br>Email: buchholzs@sec.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Jina Lee Choi**<br>Securities and Exchange Commission<br>44 Montgomery Street, Suite 2800<br>San Francisco, CA 94104 |

|   |   |   |
|---|---|---|
| | | (415) 705−2372<br>Email: choij@sec.gov<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Elon Musk** | represented by | **Alex Spiro**<br>Quinn Emanuel Urquhart & Sullivan (NYC)<br>51 Madison Avenue<br>New York, NY 10010<br>212−849−7000<br>Fax: 212−849−7100<br>Email: alexspiro@quinnemanuel.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Alison Lynn Plessman**<br>Irell & Manella LLP<br>1800 Avenue of The Stars, Suite 900<br>Los Angeles, CA 90067<br>(310)−203−7563<br>Fax: (310)−203−7199<br>Email: aplessman@irell.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Dane Hal Butswinkas**<br>Williams & Connolly LLP<br>725 Twelfth Street, NW<br>Washington, DC 20005<br>(202) 434−5110<br>Fax: (202) 434−5029<br>Email: dbutswinkas@wc.com<br>*TERMINATED: 03/01/2019*<br>*LEAD ATTORNEY*<br><br>**John Charles Hueston**<br>Irell & Manella LLP<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA 92660<br>(949)−760−0991<br>Fax: (949)−760−5289<br>Email: jhueston@hueston.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Marshall Alan Camp**<br>Hueston Hennigan LLP<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>213−788−4541<br>Email: mcamp@irell.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Moez M. Kaba**<br>Hueston Hennigan LLP<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>(213) 788−4340 |

Fax: (888) 775–0898
Email: mkaba@hueston.com *(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Anthony Burck**
Quinn Emmanuel Urquhart & Sullivan, LLP
777 6th Street NW 11th floor
Washington, DC 20005
202–538–8000
Fax: 202–538–8100
Email: williamburck@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda M. MacDonald**
Williams & Connolly LLP
725 Twelfth Street, Nw
Washington, DC 20005
(202) 434–5416
Fax: (202) 434–5029
Email: amacdonald@wc.com
*TERMINATED: 03/01/2019*

**Steven M.. Farina**
Williams & Connolly
725 12th Street
NW
Washington, DC 20005
(202) 434–5000
Fax: (202)–434–5029
Email: sfarina@wc.com
*TERMINATED: 03/01/2019*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2018 | 1 | COMPLAINT against Elon Musk. Document filed by United States Securities and Exchange Commission.(Choi, Jina) (Entered: 09/27/2018) |
| 09/27/2018 | 2 | CIVIL COVER SHEET filed. (Choi, Jina) (Entered: 09/27/2018) |
| 09/28/2018 |  | ***NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Jina Choi. The following case opening statistical information was erroneously selected/entered: Cause of Action code 12:12; Jury Demand code n (None); County code New York; Fee Status code pd (paid);. The following correction(s) have been made to your case entry: the Cause of Action code has been modified to 15:0078; the Jury Demand code has been modified to p (Plaintiff); the County code has been modified to XX Out of State; the Fee Status code has been modified to wv (waived). (laq)** (Entered: 09/28/2018) |
| 09/28/2018 |  | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Alison J. Nathan. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (laq) (Entered: 09/28/2018) |
| 09/28/2018 |  | Magistrate Judge Gabriel W. Gorenstein is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (laq) (Entered: 09/28/2018) |

| | | |
|---|---|---|
| 09/28/2018 | | Case Designated ECF. (laq) (Entered: 09/28/2018) |
| 09/28/2018 | 3 | MOTION for Cheryl L. Crumpton to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by United States Securities and Exchange Commission. (Attachments: # 1 Affidavit of Cheryl L. Crumpton in Support of Motion to Appear Pro Hac Vice, # 2 Exhibit 1– DC Certificate of Good Standing, # 3 Exhibit 2– Texas Certificate of Good Standing, # 4 Text of Proposed Order to Appear Pro Hac Vice)(Crumpton, Cheryl) (Entered: 09/28/2018) |
| 09/28/2018 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 3 MOTION for Cheryl L. Crumpton to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 09/28/2018) |
| 09/28/2018 | 4 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Initial Conference set for 2/1/2019 at 04:00 PM in Courtroom 906, 40 Centre Street, New York, NY 10007 before Judge Alison J. Nathan. (As further set forth in this Order.) Parties ordered to submit via ECF proposed case management plan and joint letter seven days before conference. (Signed by Judge Alison J. Nathan on 9/28/2018) (cf) (Entered: 09/28/2018) |
| 09/28/2018 | 5 | MOTION for E. Barrett Atwood to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by United States Securities and Exchange Commission. (Attachments: # 1 Affidavit of E. Barrett Atwood, # 2 Exhibit Good Standing Certificate (CA), # 3 Exhibit Good Standing Certificate (DC), # 4 Text of Proposed Order Granting Pro Hac Vice of E. Barrett Atwood)(Atwood, Edward) (Entered: 09/28/2018) |
| 09/28/2018 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 5 MOTION for E. Barrett Atwood to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (jc)** (Entered: 09/28/2018) |
| 09/29/2018 | 6 | CONSENT MOTION for Judgment *According to the Parties' Settlement*. Document filed by United States Securities and Exchange Commission. (Attachments: # 1 Exhibit 1– Consent to Entry of Judgment, # 2 Exhibit 2– Proposed Final Judgment)(Choi, Jina) (Entered: 09/29/2018) |
| 10/02/2018 | 7 | ORDER granting 3 Motion for Cheryl L. Crumpton to Appear Pro Hac Vice (HEREBY ORDERED by Judge Alison J. Nathan)(Text Only Order) (Nathan, Alison) (Entered: 10/02/2018) |
| 10/02/2018 | 8 | ORDER granting 5 Motion for E. Barrett Atwood to Appear Pro Hac Vice (HEREBY ORDERED by Judge Alison J. Nathan)(Text Only Order) (Nathan, Alison) (Entered: 10/02/2018) |
| 10/04/2018 | 9 | ORDER: No later than October 11, 2018, the parties shall file a joint letter not to exceed ten pages double–spaced, explaining why the Court should approve the proposed consent judgment. (As further set forth in this Order.) (Signed by Judge Alison J. Nathan on 10/4/2018) (cf) (Entered: 10/04/2018) |
| 10/05/2018 | 10 | NOTICE OF APPEARANCE by Dane Hal Butswinkas on behalf of Elon Musk. (Butswinkas, Dane) (Entered: 10/05/2018) |
| 10/05/2018 | 11 | MOTION for Steven M. Farina to Appear Pro Hac Vice *on behalf of Elon Musk*. Filing fee $ 200.00, receipt number 0208–15667351. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Elon Musk. (Attachments: # 1 Affidavit Of Steven M. Farina In Support Of Motion To Appear Pro Hac Vice, # 2 Exhibit DC Certificate Of Good Standing, # 3 Text of Proposed Order To Appear Pro Hac Vice)(Farina, Steven) (Entered: 10/05/2018) |
| 10/06/2018 | 12 | MOTION for Amanda M. MacDonald to Appear Pro Hac Vice *on behalf of Elon Musk*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Elon Musk. (Attachments: # 1 Affidavit Of Amanda M. MacDonald In Support Of Motion To Appear Pro Hac Vice, # 2 Exhibit 1 – DC Certificate of Good Standing, # 3 Exhibit 2 – Illinois Certificate of Good Standing, # 4 Text of Proposed Order To Appear Pro Hac Vice)(MacDonald, Amanda) (Entered: |

| | | |
|---|---|---|
| | | 10/06/2018) |
| 10/06/2018 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 11 MOTION for Steven M. Farina to Appear Pro Hac Vice** *on behalf of Elon Musk*. **Filing fee $ 200.00, receipt number 0208–15667351. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 10/06/2018) |
| 10/06/2018 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 12 MOTION for Amanda M. MacDonald to Appear Pro Hac Vice** *on behalf of Elon Musk*. **Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 10/06/2018) |
| 10/11/2018 | 13 | JOINT BRIEF re: 6 CONSENT MOTION for Judgment *According to the Parties' Settlement*. . Document filed by United States Securities and Exchange Commission.(Crumpton, Cheryl) (Entered: 10/11/2018) |
| 10/16/2018 | 14 | FINAL JUDGMENT AS TO DEFENDANT ELON MUSK: The Securities and Exchange Commission having filed a Complaint and Defendant Elon Musk having entered a general appearance; consented to the Court's jurisdiction over Defendant in this matter only and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction and except as otherwise provided herein in paragraph III); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment: IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 US.C. § 78j(b)] and Rule 10b–5 promulgated thereunder [17 C.F.R. § 240.10b–5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security; as set forth herein. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall pay a civil penalty in the amount of $20,000,000 to the Securities and Exchange Commission pursuant to Section 21(d)(3) of the Exchange Act [15 U.S. C. § 78u(d)(3)]. Defendant shall make this payment within 14 days after entry of this Final Judgment. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment. (Signed by Judge Alison J. Nathan on 10/16/2018) (mro) (Entered: 10/16/2018) |
| 02/05/2019 | 15 | CONSENT MOTION to Consolidate Cases 1:18–cv–8947 *for Distribution Purposes*. Document filed by United States Securities and Exchange Commission. (Attachments: # 1 Text of Proposed Order Proposed Order)(Atwood, Edward) (Entered: 02/05/2019) |
| 02/05/2019 | 16 | MEMORANDUM OF LAW in Support re: 15 CONSENT MOTION to Consolidate Cases 1:18–cv–8947 *for Distribution Purposes*. . Document filed by United States Securities and Exchange Commission. (Atwood, Edward) (Entered: 02/05/2019) |
| 02/06/2019 | 17 | ORDER TO CONSOLIDATE ACTIONS FOR DISTRIBUTION PURPOSES granting 15 Letter Motion to Consolidate Cases. IT IS HEREBY ORDERED: 1. Pursuant to Final Judgments entered in these two Securities and Exchange Commission ("SEC") enforcement actions, Defendants Elon Musk and Tesla, Inc. have paid penalties in the total amount of $40,000,000.00. These funds were paid into an interest– bearing account at the Bureau of Fiscal Services of the U.S. Treasury Department (the "Distribution Funds"). Each final judgment provides, in part, that the Distribution Funds may be distributed pursuant to the Fair Fund provisions of the Section 308(a) of the Sarbanes–Oxley Act of 2002, as amended by the Dodd– Frank Act of 2010, 15 U.S.C. § 7246(a). 2. The Court hereby orders that the above–captioned actions are consolidated for the purposes of distribution of funds to harmed investors. (Signed by Judge Alison J. Nathan on 2/6/2019) (anc) (Entered: 02/06/2019) |
| 02/25/2019 | 18 | MOTION for Order to Show Cause *Why Defendant Elon Musk Should Not Be Held in Contempt and Memorandum of Law in Support*. Document filed by United States Securities and Exchange Commission. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Text of Proposed Order)(Crumpton, Cheryl) (Entered: 02/25/2019) |

| | | |
|---|---|---|
| 02/26/2019 | 19 | ORDER REQUIRING DEFENDANT ELON TO SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING THE COURT'S FINAL JUDGMENT: NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Defendant Elon Musk shall submit to this Court by March 11, 2019, briefing to show cause, if any, why he should not be found in contempt of the Court's Final Judgment. SO ORDERED. (Show Cause Response due by 3/11/2019.)Motions terminated: 18 MOTION for Order to Show Cause *Why Defendant Elon Musk Should Not Be Held in Contempt and Memorandum of Law in Support*. filed by United States Securities and Exchange Commission. (Signed by Judge Alison J. Nathan on 2/26/2019) (kv) (Entered: 02/26/2019) |
| 02/28/2019 | 20 | NOTICE of Substitution of Attorney. Old Attorney: Dane H. Butswinkas, Steven M. Farina, and Amanda M. MacDonald, New Attorney: John C. Hueston, Marshall A. Camp, Alison L. Plessman, and Moez M. Kaba, Address: Hueston Hennigan LLP, 523 W. 6th Street, Suite 400, Los Angeles, California, USA 90014, (213) 788–4340. Document filed by Elon Musk. (Attachments: # 1 Affidavit Declaration of Steven M. Farina)(Farina, Steven) (Entered: 02/28/2019) |
| 03/01/2019 | 21 | STIPULATION AND NOTICE OF SUBSTITUTION OF COUNSEL: Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the undersigned hereby stipulate and consent to the substitution of the law firm Hueston Hennigan LLP, by and through its attorneys John C. Hueston, Marshall A. Camp, Alison L. Plessman, and Moez M. Kaba as attorneys of record for Defendant Elon Musk in the above−captioned action in place and instead of the law firm ofWilliams & Connolly LLP, and its attorneys Dane H. Butswinkas, Steven M. Farina, and Amanda M. MacDonald. The undersigned request this Court to so−order the substitution, and as further set forth in this Order. SO ORDERED. Attorney Amanda M. MacDonald, Dane Hal Butswinkas and Steven M. Farina terminated. (Signed by Judge Alison J. Nathan on 3/1/2019) (jca) (Entered: 03/01/2019) |
| 03/01/2019 | | Attorney John Charles Hueston, Marshall Alan Camp, Alison Lynn Plessman, Moez M. Kaba for Elon Musk added. (Signed by Judge Alison J. Nathan on 3/1/2019) (jca) (Entered: 03/01/2019) |
| 03/05/2019 | 22 | NOTICE OF APPEARANCE by Moez M. Kaba on behalf of Elon Musk. (Kaba, Moez) (Entered: 03/05/2019) |
| 03/06/2019 | 23 | MOTION for Alison Plessman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−16453275. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Elon Musk. (Attachments: # 1 Text of Proposed Order)(Plessman, Alison) (Entered: 03/06/2019) |
| 03/07/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 23 MOTION for Alison Plessman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−16453275. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 03/07/2019) |
| 03/07/2019 | 24 | ORDER granting 23 Motion for Alison Plessman to Appear Pro Hac Vice (HEREBY ORDERED by Judge Alison J. Nathan)(Text Only Order) (Nathan, Alison) Transmission to Attorney Services/Help Desk. (Entered: 03/07/2019) |
| 03/07/2019 | 25 | MOTION for John Charles Hueston to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−16456937. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Elon Musk. (Attachments: # 1 Text of Proposed Order)(Hueston, John) (Entered: 03/07/2019) |
| 03/07/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 25 MOTION for John Charles Hueston to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−16456937. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 03/07/2019) |
| 03/08/2019 | 26 | ORDER granting 25 Motion for Charles Hueston to Appear Pro Hac Vice (HEREBY ORDERED by Judge Alison J. Nathan)(Text Only Order) (Nathan, Alison) Transmission to Attorney Services/Help Desk. (Entered: 03/08/2019) |

| | | |
|---|---|---|
| 03/11/2019 | 27 | RESPONSE TO ORDER TO SHOW CAUSE re: 19 Order to Show Cause,,, Terminate Motions,,. Document filed by Elon Musk. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Affidavit Declaration of Elon R. Musk, # 10 Affidavit Declaration of Christopher F. Noe)(Hueston, John) (Entered: 03/11/2019) |
| 03/12/2019 | 28 | LETTER MOTION for Leave to File Reply Memorandum addressed to Judge Alison J. Nathan from Cheryl Crumpton dated March 12, 2019. Document filed by United States Securities and Exchange Commission.(Crumpton, Cheryl) (Entered: 03/12/2019) |
| 03/12/2019 | 29 | ORDER granting 28 Letter Motion for Leave to File Document. The Government's motion for leave to file a reply memorandum is granted. The Government shall file its reply memorandum no later than March 19, 2019. No later than March 26, 2019, each party shall indicate in writing whether it is seeking an evidentiary hearing on this matter. SO ORDERED. (Signed by Judge Alison J. Nathan on 3/12/2019) (kv) (Entered: 03/12/2019) |
| 03/18/2019 | 30 | REPLY to Response to Motion re: 18 MOTION for Order to Show Cause *Why Defendant Elon Musk Should Not Be Held in Contempt and Memorandum of Law in Support*. . Document filed by United States Securities and Exchange Commission. (Attachments: # 1 Exhibit 6, # 2 Exhibit 7, # 3 Exhibit 8, # 4 Exhibit 9, # 5 Exhibit 10, # 6 Exhibit 11, # 7 Exhibit 12)(Crumpton, Cheryl) (Entered: 03/18/2019) |
| 03/18/2019 | 31 | LETTER MOTION for Leave to File Sur−Reply Memorandum addressed to Judge Alison J. Nathan from John C. Hueston dated March 18, 2019. Document filed by Elon Musk.(Hueston, John) (Entered: 03/18/2019) |
| 03/21/2019 | 32 | ORDER granting 31 Letter Motion for Leave to File Document. Defendant may file a sur−reply memorandum of no more than 8 pages by March 22, 2019. (Signed by Judge Alison J. Nathan on 3/21/2019) (cf) (Entered: 03/21/2019) |
| 03/21/2019 | | Set/Reset Deadlines: Surreplies due by 3/22/2019. (cf) (Entered: 03/21/2019) |
| 03/22/2019 | 33 | REPLY to Response to Motion re: 18 MOTION for Order to Show Cause *Why Defendant Elon Musk Should Not Be Held in Contempt and Memorandum of Law in Support. Sur−Reply in Response to Order to Show Cause Why Defendant Elon Musk Should Not Be Held In Contempt*. Document filed by Elon Musk. (Attachments: # 1 Exhibit 9, # 2 Exhibit 10, # 3 Exhibit 11)(Hueston, John) (Entered: 03/22/2019) |
| 03/25/2019 | 34 | LETTER addressed to Judge Alison J. Nathan from Cheryl Crumpton dated March 25, 2019 re: the SEC's Position on an Evidentiary Hearing. Document filed by United States Securities and Exchange Commission.(Crumpton, Cheryl) (Entered: 03/25/2019) |
| 03/25/2019 | 35 | LETTER addressed to Judge Alison J. Nathan from John C. Hueston dated March 25, 2019 re: Evidentiary Hearing. Document filed by Elon Musk.(Hueston, John) (Entered: 03/25/2019) |
| 03/26/2019 | 36 | ORDER re: 35 Letter filed by Elon Musk, 34 Letter filed by United States Securities and Exchange Commission. Accordingly, the Court will decide Plaintiff's motion without an evidentiary hearing. The Court will, however, hold oral argument, which is hereby scheduled for April 4, 2019 at 2:00 p.m. SO ORDERED. (Oral Argument set for 4/4/2019 at 02:00 PM before Judge Alison J. Nathan.) (Signed by Judge Alison J. Nathan on 3/26/2019) (kv) (Entered: 03/26/2019) |
| 04/03/2019 | 37 | MOTION for Steven Buchholz to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by United States Securities and Exchange Commission. (Attachments: # 1 Affidavit of Steven Buchholz in Support of Motion, # 2 California Certificate of Good Standing, # 3 Text of Proposed Order to Appear Pro Hac Vice)(Buchholz, Steven) (Entered: 04/03/2019) |
| 04/03/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 37 MOTION for Steven Buchholz to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (jc)** (Entered: 04/03/2019) |

| | | |
|---|---|---|
| 04/04/2019 | 38 | ORDER granting 37 Motion for Steven Buchholz to Appear Pro Hac Vice (HEREBY ORDERED by Judge Alison J. Nathan)(Text Only Order) (Nathan, Alison) (Entered: 04/04/2019) |
| 04/05/2019 | 39 | ORDER: For the reasons stated on the record at oral argument yesterday, the parties are required to meet and confer for at least one hour in an effort to resolve the pending motion to hold Mr. Musk in contempt, as well as any modifications to the consent judgment and Tesla's Senior Executives Communications Policy. No later than April 18, 2019, the parties shall submit a joint letter indicating whether they have reached an agreement. If no agreement has been reached, the Court will issue a decision resolving the current SEC motion to hold Mr. Musk in contempt. If Mr. Musk is held in contempt, the Court will allow further briefing on sanctions. (Signed by Judge Alison J. Nathan on 4/5/2019) (rro) (Entered: 04/05/2019) |
| 04/05/2019 | | Minute Entry for proceedings held before Judge Alison J. Nathan. Oral argument held on SEC's motion for contempt. The Court reserved decision. (Court Reporter Paula Speer) (qs) (Entered: 04/05/2019) |
| 04/16/2019 | 40 | TRANSCRIPT of Proceedings re: conference held on 4/4/2019 before Judge Alison J. Nathan. Court Reporter/Transcriber: Rebecca Forman, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/7/2019. Redacted Transcript Deadline set for 5/17/2019. Release of Transcript Restriction set for 7/15/2019.(McGuirk, Kelly) (Entered: 04/16/2019) |
| 04/16/2019 | 41 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 4/4/19 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 04/16/2019) |
| 04/18/2019 | 42 | STATUS REPORT. *Regarding Efforts to Resolve the SEC's Pending Motion* Document filed by United States Securities and Exchange Commission.(Crumpton, Cheryl) (Entered: 04/18/2019) |
| 04/18/2019 | 43 | MEMO ENDORSEMENT on re: 42 Status Report filed by United States Securities and Exchange Commission. ENDORSEMENT: SO ORDERED. (Signed by Judge Alison J. Nathan on 4/18/2019) (kv) (Entered: 04/18/2019) |
| 04/25/2019 | 44 | STATUS REPORT. *Regarding Efforts to Resolve the SEC's Pending Motion* Document filed by United States Securities and Exchange Commission.(Crumpton, Cheryl) (Entered: 04/25/2019) |
| 04/26/2019 | 45 | MEMO ENDORSEMENT on re: 44 Status Report filed by United States Securities and Exchange Commission. ENDORSEMENT: SO ORDERED. (Signed by Judge Alison J. Nathan on 4/26/2019) (kv) (Entered: 04/26/2019) |
| 04/26/2019 | 46 | CONSENT MOTION to Amend/Correct *Final Judgment*. Document filed by United States Securities and Exchange Commission. (Attachments: # 1 Exhibit 1 (Consent of Defendant Elon Musk), # 2 Exhibit 2 (Proposed Order Amending Final Judgment))(Crumpton, Cheryl) (Entered: 04/26/2019) |
| 04/30/2019 | 47 | ORDER AMENDING FINAL JUDGMENT AS TO DEFENDANT ELON MUSK IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that subpart (b) of paragraph IV of the Final Judgment is replaced and superseded by the following herein, IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all other provisions of the Final Judgment shall remain in effect. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of the Final Judgment, as amended by this Order. (And as further set forth in this Order). (Signed by Judge Alison J. Nathan on 4/30/2019) (jca) (Entered: 04/30/2019) |
| 05/01/2019 | 48 | ORDER re: 47 Amended Judgment. In the consent motion to amend the Final Judgment, the parties stated that "if the Court grants this motion and enters the proposed Order, this will resolve the Commission's pending motion." Dkt. No. 46 at 4. |

| | | |
|---|---|---|
| | | The Court has now granted the motion and entered the proposed Order amending the Final Judgment. Dkt. No. 47. Accordingly, the SEC's contempt motion, Dkt. No. 18, is denied as moot. SO ORDERED. (Signed by Judge Alison J. Nathan on 5/1/2019) (kv) (Entered: 05/01/2019) |
| 10/03/2019 | 49 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for Adriene Mixon to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by United States Securities and Exchange Commission. (Attachments: # 1 Affidavit, # 2 Exhibit Certificate of Standing CA, # 3 Exhibit Certificate of Standing NY, # 4 Text of Proposed Order)(Mixon, Adriene) Modified on 10/3/2019 (wb). (Entered: 10/03/2019) |
| 10/03/2019 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 49 MOTION for Adriene Mixon to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (wb)** (Entered: 10/03/2019) |
| 12/16/2019 | 50 | MOTION for Adriene Mixon to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by United States Securities and Exchange Commission. (Attachments: # 1 Affidavit, # 2 Exhibit Certificate of Standing NY, # 3 Exhibit Certificate of Standing CA, # 4 Text of Proposed Order)(Mixon, Adriene) (Entered: 12/16/2019) |
| 12/17/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 50 MOTION for Adriene Mixon to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 12/17/2019) |
| 12/18/2019 | 51 | ORDER granting 50 Motion for Adriene Mixon to Appear Pro Hac Vice (HEREBY ORDERED by Judge Alison J. Nathan)(Text Only Order) (Nathan, Alison) Transmission to Attorney Services/Help Desk. (Entered: 12/18/2019) |
| 02/24/2020 | 52 | MOTION Motion to Establish A Fair Fund and Appoint Tax Administrator . Document filed by United States Securities and Exchange Commission. (Attachments: # 1 Text of Proposed Order).(Mixon, Adriene) (Entered: 02/24/2020) |
| 02/26/2020 | 53 | ORDER ESTABLISHING A FAIR FUND, APPOINTING A TAX ADMINISTRATOR, AND AUTHORIZING PAYMENT OF TAX RELATED FEES, EXPENSES, AND OBLIGATIONS granting 52 Motion for to Establish A Fair Fund and Appoint Tax Administrator. IT IS HEREBY ORDERED: 1. The Motion is GRANTED. 2. A Fair Fund is hereby established pursuant to Section 308(a) of the Sarbanes–Oxley Act of 2002, as amended by the Dodd–Frank Act of 2010 [15 U.S.C. §7246(a)] for the $40,000,000.00 paid by Musk and Telsa, along with any accrued interest and earnings thereon (the "Fair Fund"). 3. Miller Kaplan Arase LLP ("Miller Kaplan") is appointed as the Tax Administrator to execute all income tax reporting requirements, including the preparation and filing of tax returns, for all funds under the Court's jurisdiction in this case. (as further set forth herein). 7. The SEC is authorized to approve and arrange payment of all future tax obligations owed by the Fair Fund and tax administrator fees and expenses owed by the Fair Fund directly from the Fair Fund without further order of this Court. All payments for taxes and the fees and expenses of the Tax Administrator shall be reported to the Court in a final accounting. (Signed by Judge Alison J. Nathan on 2/26/2020) (kv) Transmission to Finance Unit (Cashiers) for processing. (Entered: 02/26/2020) |
| 04/30/2021 | 54 | MOTION Motion to Appoint Distribution Agent . Document filed by United States Securities and Exchange Commission. (Attachments: # 1 Text of Proposed Order).(Mixon, Adriene) (Entered: 04/30/2021) |
| 05/12/2021 | 55 | ORDER APPOINTING A DISTRIBUTION AGENT AND AUTHORIZING PAYMENT OF ADMINISTRATIVE FEES AND EXPENSES granting 54 Motion for Appoint Distribution Agent. re: 54 MOTION Motion to Appoint Distribution Agent . IT IS HEREBY ORDERED that: 1. The Motion is GRANTED; 2. Rust is appointed to serve as Distribution Agent (the "Distribution Agent") for the Fair Fund to assist in |

| | | |
|---|---|---|
| | | overseeing the administration and the distribution of the Fair Fund in coordination with the Commission staff, pursuant to the distribution plan (the "Plan") to be approved by this Court; 3. Rust shall perform services in accordance with the pricing schedule and cost proposal submitted by the Distribution Agent to the Commission. Such services may include, but are not limited to, developing a Plan, determining the identities of injured investors and the amounts lost, establishing a claims process to evaluate and verify claims, fielding inquiries from investors and managing the ultimate distribution of the Fair Fund; 4.Rust shall coordinate with the Court–appointed Tax Administrator, Miller Kaplan Arase LLP, to ensure that the Fair Fund, a Qualified Settlement Fund ("QSF") under Section 468B(g) of the Internal Revenue Code, and regulated regulations, 26 C.F.R. §§ 1.468B–1 through 5, complies with all related legal and regulatory requirements, including but not limited to, satisfying any reporting or withholding requirements imposed on distribution from the QSF; 5. Rust shall invoice all administrative fees and expenses incurred in the administration and distribution of the Fair Fund to the Commission for review and approval by the Commission. Any unresolved objections to an invoiced amount will be referred to the Court; 6. Within forty– five (45) days of the Court's approval of the Plan, Rust will provide a status report, and thereafter, will provide additional reports and quarterly account statements within thirty (30) days after the end of every quarter. Moreover, once the Fair Fund has been transferred to an escrow account opened by Rust as Distribution Agent, Rust will include with its quarterly reports a quarterly accounting report in a format to be provided by the Commission. The status report and quarterly accounting report will inform the Court and the Commission of the activities and status of the Fair Fund during the relevant period and will specify, at a minimum (a) the location of the account(s) comprising the Fair Fund; and (b) an interim accounting of all monies in the Fair Fund as of the most recent month–end, including the value of the account(s), all monies earned or received into the account(s), funds distributed to harmed investors under the Court approved Plan, and any monies expended from the Fair Fund, including fees, expenses, and taxes incurred by, or imposed on, the Fair Fund; 7. Upon completing its duties as Distribution Agent, Rust, working with the Court–appointed Tax Administrator, Miller Kaplan Arase LLP, will prepare a final report and final accounting for filing with the Court, in a format to be provided by the Commission; 8. Rust may be removed sua sponte at any time by the Court or upon motion of the Commission and replaced with a successor. In the event Rust decides to resign, it will first give written notice to the Court and to Commission staff of such intention, and the resignation, if permitted, will not be effective until the Court appoints a successor; 9. The Distribution Agent will be entitled to charge reasonable fees and related expenses incurred in the performance of its duties, in accordance with the cost proposal submitted to the Commission staff. The Commission is authorized to approve and arrange payment of the fees and expenses of the Distribution Agent directly from the Fair Fund without further order of this Court. The Distribution Agent will submit invoices of all fees and expenses incurred in connection with its duties to the Commission staff for review and, as appropriate, payment. All payments will be reflected in the final accounting referenced herein; and 10. The Court will retain exclusive jurisdiction over the distribution, including, but not limited to, claims against the Distribution Agent asserting liability for violation of any duty imposed by the Plan or other Court order. IT IS SO ORDERED. (Signed by Judge Alison J. Nathan on 5/12/2021) (kv) (Entered: 05/12/2021) |
| 12/21/2021 | 56 | ORDER: The Court on May 12, 2021, appointed Rust Consulting as distribution agent for the Fair Fund. No. 18–cv–8865, Dkt. No. 55. That order required that Rust file status reports and quarterly accounting statements within 30 days of the end of each quarter. Id. Paragraph 6. The Court has received no such reports. Rust is hereby ordered to file a status report and the most recent quarterly accounting statement by January 7, 2022. SO ORDERED. (Signed by Judge Alison J. Nathan on 12/21/2021) (vfr) (Entered: 12/21/2021) |
| 01/05/2022 | 57 | STATUS REPORT. *of Rust Consulting* Document filed by United States Securities and Exchange Commission..(Mixon, Adriene) (Entered: 01/05/2022) |
| 01/10/2022 | 58 | MEMO ENDORSEMENT on re: 57 Status Report filed by United States Securities and Exchange Commission. ENDORSEMENT: SO ORDERED. (Signed by Judge Alison J. Nathan on 1/10/2022) (vfr) (Entered: 01/10/2022) |

| | | |
|---|---|---|
| 02/17/2022 | 59 | NOTICE OF APPEARANCE by William Anthony Burck on behalf of Elon Musk..(Burck, William) (Entered: 02/17/2022) |
| 02/17/2022 | 60 | NOTICE OF APPEARANCE by Alex Spiro on behalf of Elon Musk..(Spiro, Alex) (Entered: 02/17/2022) |
| 02/17/2022 | 61 | LETTER addressed to Judge Alison J. Nathan from Tesla, Inc. and Elon Musk dated February 17, 2022 re: SEC Conduct. Document filed by Elon Musk..(Spiro, Alex) (Entered: 02/17/2022) |
| 02/17/2022 | 62 | MEMO ENDORSEMENT on re: 61 Letter filed by Elon Musk. ENDORSEMENT: The Commission shall file a response to the Defendants' letter by February 24, 2022. SO ORDERED. (Signed by Judge Alison J. Nathan on 2/17/2022) (vfr) (Entered: 02/17/2022) |
| 02/18/2022 | 63 | LETTER addressed to Judge Alison J. Nathan from Steven Buchholz dated 02/18/2022 re: Docket No. 61. Document filed by United States Securities and Exchange Commission..(Buchholz, Steven) (Entered: 02/18/2022) |
| 02/21/2022 | 64 | LETTER addressed to Judge Alison J. Nathan from Tesla, Inc. and Elon Musk dated February 21, 2022 re: Reply Re: SEC Conduct. Document filed by Elon Musk..(Spiro, Alex) (Entered: 02/21/2022) |
| 02/24/2022 | 65 | ORDER: The Court is in receipt of the Defendants Elon Musk and Tesla, Inc.'s letter dated February 17, 2022, as well as the Commission's response dated February 18, 2022, and the Defendants' further letter dated February 21, 2022. Dkt. Nos. 61, 63, 64. The Defendants' precise application to the Court is unclear. They request a conference to address "why the SEC has failed to distribute these funds to shareholders but has chosen to spend its energy and resources investigating Mr. Musk's and Tesla's compliance with the consent decree by issuing subpoenas unilaterally, without Court approval." Dkt. No. 61 at 1. The Court DENIES this request for a conference. To the extent that the Defendants seek to impose a deadline on the Commission's implementation of a Plan of Distribution of the Fair Fund, the Defendants may file a motion and submit briefing in support of doing so. Otherwise, the Court cannot enforce a deadline that does not currently exist. E.g., Dkt. Nos. 14, 53, 55. Further, to the extent that the Defendants have a non−frivolous basis to quash a subpoena in light of the Court's prior orders in this case, the Defendants may make a motion, supported by briefing, that requests specific relief from the Court. The Defendants also seek "on−the−record assurance that the Commission has not leaked investigative details in violation of its own rules and policies, and is otherwise acting in accordance with the law." Dkt. No. 64 at 2−3. The letter does not contain specific facts or legal authority to justify this request. Moreover, the Court doubts that the regulations invoked by the Defendants, 17 C.F.R. §§ 203.2, 203.5, are judicially enforceable against the Commission, see LaMorte v. Mansfield, 438 F.2d 448, 450−51 (2d Cir. 1971) (explaining that the regulations describe only "the discretion possessed by the agency in determining whether to disclose information," a privilege that "is the agency's, not the witness'[s]"). The request is DENIED. SO ORDERED. (Signed by Judge Alison J. Nathan on 2/24/2022) (vfr) (Entered: 02/24/2022) |
| 02/24/2022 | 66 | MOTION for Melissa J. Armstrong to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by United States Securities and Exchange Commission. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing, # 3 Text of Proposed Order).(Armstrong, Melissa) (Entered: 02/24/2022) |
| 02/25/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 66 MOTION for Melissa J. Armstrong to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 02/25/2022) |
| 02/28/2022 | 67 | ORDER granting 66 Motion for Melissa J. Armstrong to Appear Pro Hac Vice (HEREBY ORDERED by Judge Alison J. Nathan)(Text Only Order) (kwi) (Entered: 02/28/2022) |
| 03/08/2022 | 68 | MOTION to Seal *Exhibits to the Memorandum of Law*. Document filed by Elon Musk..(Spiro, Alex) (Entered: 03/08/2022) |

| | | |
|---|---|---|
| 03/08/2022 | 69 | ***SELECTED PARTIES*** LETTER addressed to Judge Alison J. Nathan from Alex Spiro dated March 8, 2022 re: Sealed Exhibits. Document filed by United States Securities and Exchange Commission, Elon Musk. (Attachments: # 1 Exhibit A to the Memorandum of Law, # 2 Exhibit B to the Memorandum of Law, # 3 Exhibit D to the Memorandum of Law)Motion or Order to File Under Seal: 68 .(Spiro, Alex) (Entered: 03/08/2022) |
| 03/08/2022 | 70 | MOTION to Quash Certain Portions of SEC Subpoena & to Terminate Consent Decree . Document filed by Elon Musk..(Spiro, Alex) (Entered: 03/08/2022) |
| 03/08/2022 | 71 | MEMORANDUM OF LAW in Support re: 70 MOTION to Quash Certain Portions of SEC Subpoena & to Terminate Consent Decree . . Document filed by Elon Musk. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Spiro, Alex) (Entered: 03/08/2022) |
| 03/08/2022 | 72 | DECLARATION of Elon Musk in Support re: 70 MOTION to Quash Certain Portions of SEC Subpoena & to Terminate Consent Decree .. Document filed by Elon Musk. (Attachments: # 1 Exhibit A).(Spiro, Alex) (Entered: 03/08/2022) |
| 03/08/2022 | 73 | PROPOSED ORDER. Document filed by Elon Musk. Related Document Number: 70 ..(Spiro, Alex) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 03/08/2022) |
| 03/08/2022 | 74 | LETTER addressed to Judge Alison J. Nathan from Alex Spiro dated March 8, 2022 re: Request for Oral Argument. Document filed by Elon Musk..(Spiro, Alex) (Entered: 03/08/2022) |
| 03/08/2022 | | ****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 73 Proposed Order was reviewed and approved as to form. (km)** (Entered: 03/08/2022) |
| 03/08/2022 | 75 | ORDER: The Commission is hereby ORDERED to file a response to Defendant's motions by March 22, 2022. Dkt. Nos. 68, 70. Defendant shall file a reply, if any, by March 29, 2022. SO ORDERED. ( Responses due by 3/22/2022, Replies due by 3/29/2022.) (Signed by Judge Alison J. Nathan on 3/8/2022) (vfr) (Entered: 03/08/2022) |
| 03/08/2022 | 76 | MOTION Motion to Approve Distribution Plan . Document filed by United States Securities and Exchange Commission. (Attachments: # 1 Exhibit Distribution Plan, # 2 Exhibit Plan of Allocation, # 3 Text of Proposed Order).(Mixon, Adriene) (Entered: 03/08/2022) |
| 03/17/2022 | 77 | ORDER: The Court is in receipt of the Commission's motion to approve the distribution plan. Dkt. No. 76. The Defendants shall file a response, if any, by March 22, 2022. SO ORDERED. (Responses due by 3/22/2022) (Signed by Judge Alison J. Nathan on 3/17/2022) (jca) (Entered: 03/17/2022) |
| 03/22/2022 | 78 | RESPONSE in Opposition to Motion re: 70 MOTION to Quash Certain Portions of SEC Subpoena & to Terminate Consent Decree . . Document filed by United States Securities and Exchange Commission..(Armstrong, Melissa) (Entered: 03/22/2022) |
| 03/25/2022 | 79 | ORDER APPROVING DISTRIBUTION PLAN granting 76 Motion to Approve Distribution Plan . IT IS HEREBY ORDERED that: 1. The Motion is GRANTED; and 2. The Distribution Plan is approved in its entirety. The Distribution Plan shall govern the administration and distribution of the Fair Fund previously established by Order entered February 26, 2020. IT IS SO ORDERED. (Signed by Judge Alison J. Nathan on 3/25/2022) (vfr) (Entered: 03/25/2022) |
| 03/29/2022 | 80 | REPLY to Response to Motion re: 70 MOTION to Quash Certain Portions of SEC Subpoena & to Terminate Consent Decree . . Document filed by Elon Musk..(Spiro, Alex) (Entered: 03/29/2022) |
| 04/12/2022 | | NOTICE OF CASE REASSIGNMENT to Judge Ronnie Abrams. Judge Alison J. Nathan is no longer assigned to the case. (laq) (Entered: 04/12/2022) |
| 04/13/2022 | | NOTICE OF CASE REASSIGNMENT to Judge Lewis J. Liman. Judge Ronnie Abrams is no longer assigned to the case. (aea) (Entered: 04/13/2022) |

| | | |
|---|---|---|
| 04/27/2022 | 81 | OPINION AND ORDER re: 70 MOTION to Quash Certain Portions of SEC Subpoena & to Terminate Consent Decree filed by Elon Musk. The motion to quash the subpoena and to terminate the consent decree is DENIED. The Clerk of Court is respectfully directed to close Dkt. No. 70. SO ORDERED. (Signed by Judge Lewis J. Liman on 4/27/2022) (va) (Entered: 04/27/2022) |
| 04/29/2022 | 82 | ORDER granting 68 Motion to Seal. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (ra) (Entered: 04/29/2022) |
| 05/09/2022 | 83 | STATUS REPORT. *Progress Report of Rust Consulting* Document filed by United States Securities and Exchange Commission..(Mixon, Adriene) (Entered: 05/09/2022) |
| 05/23/2022 | 84 | LETTER addressed to Judge Lewis J. Liman from Alex Spiro dated May 23, 2022 re: Unopposed Motion to Amend. Document filed by Elon Musk..(Spiro, Alex) (Entered: 05/23/2022) |
| 05/25/2022 | 85 | MEMO ENDORSEMENT: on re: 84 Letter filed by Elon Musk. ENDORSEMENT: The Court's Opinion was not intended to express a finding that Musk did not preclear the communications, and it should not be interpreted as such. That issue is not before the Court, and the Court has no views on it. SO ORDERED. (Signed by Judge Lewis J. Liman on 5/25/2022) (ama) (Entered: 05/25/2022) |
| 06/15/2022 | 86 | NOTICE OF APPEAL from 81 Memorandum & Opinion,. Document filed by Elon Musk. Filing fee $ 505.00, receipt number ANYSDC–26283268. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Spiro, Alex) (Entered: 06/15/2022) |
| 06/15/2022 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 86 Notice of Appeal. (tp) (Entered: 06/15/2022) |
| 06/15/2022 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 86 Notice of Appeal filed by Elon Musk were transmitted to the U.S. Court of Appeals. (tp) (Entered: 06/15/2022) |