## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: SEC v. Musk     Docket No.: 22-1291

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jeffrey A. Berger

Firm: U.S. Securities and Exchange Commission

Address: 100 F Street, N.E. Washington, D.C. 20549-9040

Telephone: 202-551-5112    Fax:

E-mail: bergerje@sec.gov

Appearance for: U.S. Securities and Exchange Commission/Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Michael A. Conley/U.S. Securities and Exchange Commission )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Jeffrey A. Berger

Type or Print Name: Jeffrey A. Berger