**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: Securities and Exchange Commission vs. Musk        Docket No.: 22-01291

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Rachel Frank

Firm: Quinn Emanuel Urquhart & Sullivan, LLP.

Address: 1300 I Street NW, Suite 900

Telephone: (202) 538-8000        Fax: (202) 538-8100

E-mail: rachelfrank@quinnemanuel.com

Appearance for: Defendant-Appellant/Elon Musk
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Alex Spiro/Quinn Emanuel Urquhart & Sullivan, LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☑ I applied for admission on June 29, 2022.

Signature of Counsel: *[signature]*

Type or Print Name: Rachel Frank