# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Securities and Exchange Commission vs. Musk     Docket No.: 22-01291

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Ellyde R. Thompson

Firm: Quinn Emanuel Urquhart & Sullivan, LLP.

Address: 51 Madison Ave 22nd floor, New York, NY 10010

Telephone: (212) 849-7000     Fax: (212) 849-7100

E-mail: ellydethompson@quinnemanuel.com

Appearance for: Defendant-appellant/Elon Musk
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Alex Spiro/Quinn Emanuel Urquhart & Sullivan, LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on March 8, 2022     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Ellyde Thompson

Type or Print Name: Ellyde R. Thompson