# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Securities and Exchange Commission vs. Musk    Docket No.: 22-01291

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: William Burck

Firm: Quinn Emanuel Urquhart & Sullivan, LLP.

Address: 1300 I St NW, Suite 900

Telephone: (202) 538-8000    Fax: (202) 538-8100

E-mail: williamburck@quinnemanuel.com

Appearance for: Defendant-appellant / Elon Musk
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Alex Spiro/Quinn Emanuel Urquhart & Sullivan, LLP)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on June 17, 2022    OR

☐ I applied for admission on _____.

Signature of Counsel: _[signature]_

Type or Print Name: William Burck