quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7364**

WRITER'S EMAIL ADDRESS
**alexspiro@quinnemanuel.com**

July 12, 2022

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States Securities and Exchange Commission v. Musk* (No. 22-01291)
Scheduling Notification

Dear Ms. Wolfe:

I write on behalf of Appellant Elon Musk in the above-referenced appeal. Pursuant to Local Rule 31.2(a)(1)(A), I respectfully request that the Court enter a scheduling order setting September 27, 2022 as the deadline for submission of Appellant's opening brief. That date is within 91 days of Appellant's June 29, 2022 filing of the certificate that no transcript will be ordered. ECF No. 8.

Respectfully submitted,

Alex Spiro

cc: All counsel of record (via ECF)

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH