| | | |
|---|---|---|
| STATE OF NEW YORK ) | | **AFFIDAVIT OF SERVICE** |
| ) ss.: | | **BY OVERNIGHT FEDERAL** |
| COUNTY OF NEW YORK ) | | **EXPRESS NEXT DAY AIR** |

I, Tyrone Heath, 2179 Washington Avenue, Apt. 19, Bronx, New York 10457, being duly sworn, depose and say that deponent is not a party to the action, is over 18 years of age and resides at the address shown above or at

**On September 27, 2022**

deponent served the within: **Confidential Joint Appendix (Filed Under Seal)**

**upon:**

**Michael A. Conley**
**Jeffrey A. Berger**
**John R. Rady**
**United States Securities and Exchange Commission**
**100 F Street, NE**
**Washington, DC 20549**
**(202) 551-5112**
*Attorneys for Plaintiff-Appellee*

the address(es) designated by said attorney(s) for that purpose by depositing **1** true copy(ies) of same, enclosed in a properly addressed wrapper in an Overnight Next Day Air Federal Express Official Depository, under the exclusive custody and care of Federal Express, within the State of New York.

**Sworn to before me on September 27, 2022**

*[signature: Mariana Braylovsky]*   *[signature: T. Heath]*

**MARIANA BRAYLOVSKIY**
Notary Public State of New York
No. 01BR6004935
Qualified in Richmond County
Commission Expires March 30, 2026    **Job# 314776**