

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
Washington, D.C. 20549

**OFFICE OF THE**
**GENERAL COUNSEL**

John R. Rady
(202) 551-4997
radyjo@sec.gov

October 6, 2022

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *United States Securities and Exchange Commission v. Elon Musk,*
           No. 22-1291

Dear Ms. Wolfe:

    Pursuant to Local Rule 31.2(a)(1)(B), the Securities and Exchange Commission respectfully requests that the Court set December 22, 2022, as the due date for the Commission's response brief in this case—eighty-six days after the date the appellant filed his opening brief (September 27, 2022).

    Please let me know if you require any further information. Thank you for your consideration.

                                                    Sincerely yours,

                                                    /s/ *John R. Rady*
                                                    John R. Rady