**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: May 15, 2023 | DC Docket #: 18-cv-8865 |
| Docket #: 22-1291cv | DC Court: SDNY (NEW YORK CITY) |
| Short Title: United States Securities and Exchange Commission v. Musk | DC Judge: Liman |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8560.